# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1455

_____

Clifford Small, Sr.,             *

                             *

        Appellant,       *   Appeal from the United States

                             *   District Court for the

    v.                     *   Eastern District of Arkansas.

                             *

Arkansas Fair Housing Commission,   *   [UNPUBLISHED]

                             *

        Appellee.        *

_____

Submitted: March 18, 2008
Filed: March 27, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Clifford Small, Sr., an African-American male, appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination suit. Having carefully reviewed the record, we affirm for the reasons stated in the district court's well-reasoned opinion. See 8th Cir. Rule 47B.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.